# Exhibit A



**CIRCUIT COURT FOR ANNE ARUNDEL COUNTY MARYLAND**
8 Church Circle
Annapolis, Maryland  21401

Main: 410-222-1397
Civil: 410-222-1431
Criminal: 410-222-1420
Juvenile: 410-222-1427
Trust/Adoption: 410-222-1331
TTY for Deaf: 410-222-1429
Maryland Relay Service: 711

**To:** USIC
SERVE: MIKE RYAN, PRESIDENT, AND CEO
9045 NORTH RIVER RD.
SUITE 200
INDIANAPOLIS, IN 46240

**Case Number:** C-02-CV-22-001079
**Other Reference Number(s):**
**Child Support Enforcement Number:**

**JOSEPH FERONTI VS. USIC**

Issue Date: 8/25/2022

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

JOSEPH FERONTI
3712 5th Avenue
Edgewater, MD  21037

This summons is effective for service only if served within 60 days after the date it is issued.

*Scott A. Poyer*
Scott A. Poyer
Clerk of the Circuit Court

To the person summoned:
  Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
  Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

# SHERIFF'S RETURN
(please print)

To: USIC

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
Name of person served

on _____ at _____
Date of service                              Location of service

_____ by _____ with the following:
Manner of service

☐ Summons                              ☐ Counter-Complaint
☐ Complaint                            ☐ Domestic Case Information Report
☐ Motions                              ☐ Financial Statement
☐ Petition and Show Cause Order        ☐ Interrogatories
☐ Other _____
Please specify

(2) Was unable to serve because:
☐ Moved left no forwarding address     ☐ No such address
☐ Address not in jurisdiction          ☐ Other
_____
Please specify

Sheriff fee: $ _____     ☐ waived by _____

_____ _____
Date                   Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

IN THE CIRCUIT COURT FOR Anne Arundel County
(City or County)

## CIVIL – NON-DOMESTIC CASE INFORMATION SHEET

### DIRECTIONS
*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).
*Defendant:* You must file an Information Report as required by Rule 2-323(h).
**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING**

**FORM FILED BY:**  ☒ PLAINTIFF  ☐ DEFENDANT    CASE NUMBER _____ (Clerk to insert)
**CASE NAME:** Joseph Feronti  vs.  USIC
                     _Plaintiff_        _Defendant_
**PARTY'S NAME:** Joseph Feronti    PHONE: _____
**PARTY'S ADDRESS:** 3712 5th Avenue, Edgewater, Maryland 21037
**PARTY'S E-MAIL:** _____

**If represented by an attorney:**
**PARTY'S ATTORNEY'S NAME:** Brennan C. McCarthy    PHONE: (443) 294-1083
**PARTY'S ATTORNEY'S ADDRESS:** 1116 West Street, Ste. C, Annapolis, Maryland 21401
**PARTY'S ATTORNEY'S E-MAIL:** bmccarthy@brennanmccarthy.com
**JURY DEMAND?** ☒ Yes  ☐ No
**RELATED CASE PENDING?** ☐ Yes  ☒ No  If yes, Case #(s), if known: _____
**ANTICIPATED LENGTH OF TRIAL?:** ___ hours  2 days

### PLEADING TYPE
**New Case:**  ☒ Original        ☐ Administrative Appeal    ☐ Appeal
**Existing Case:** ☐ Post-Judgment   ☐ Amendment
*If filing in an existing case,* skip Case Category/ Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint – DOB of Youngest Plt:___
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specfic Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Forclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Worker's Compensation
☒ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assupmtion of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. – Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 10/2021)                Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Default | ☐ Reinstatement of Employment |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Arbitration | ☐ Financial Exploitation | ☐ Liability | ☐ Specific Performance |
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Cease & Desist Order | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Condemn Bldg | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Contempt | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☒ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☒ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☒ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |

*If you indicated **Liability** above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☐ Liability is not conceded, but is not seriously in dispute.   ☒ Liability is seriously in dispute.

### MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000     ☐ $10,000 - $30,000     ☐ $30,000 - $100,000     ☒ Over $100,000

☐ Medical Bills $ _____     ☒ Wage Loss $ 485,000.00     ☐ Property Damages $ _____

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation         ☒ Yes ☐ No         C. Settlement Conference    ☒ Yes ☐ No
B. Arbitration        ☐ Yes ☐ No         D. Neutral Evaluation       ☐ Yes ☒ No

### SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

### ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.*

*(Case will be tracked accordingly)*

☐ 1/2 day of trial or less          ☐ 3 days of trial time
☐ 1 day of trial time               ☐ More than 3 days of trial time
☒ 2 days of trial time

### BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited** - Trial within 7 months of Defendant's response     ☐ **Standard** - Trial within 18 months of Defendant's response

### EMERGENCY RELIEF REQUESTED

| COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR) ||
|---|---|
| *FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.* ||
| ☐ **Expedited** - Trial within 7 months of Defendant's response | ☐ **Standard** - Trial within 18 months of Defendant's response |

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ Tax Sale Forclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

June 27 2022
Date

1116 West Street, Suite C
Address

Annapolis        MD        21401
City             State     Zip Code

/s/ Brennan C. McCarthy        9912150187
Signature of Counsel / Party    Attorney Number

Brennan C. McCarthy
Printed Name

**CC-DCM-002** (Rev. 10/2021)                Page 3 of 3

## IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

JOSEPH FERONTI,  )
3712 5th Avenue,  )
Edgewater, Maryland 21037,  )
       )
      Plaintiff,  )
       )
v.  )     Case No..: _____
       )
USIC,  )
Serve: Mike Ryan, President and CEO  )
9045 North River Rd., Suite 300  )
Indianapolis, Indiana 46240,  )
       )
      Defendant.  )

### COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW** the Plaintiff, Joseph Feronti, and states the following Complaint and Demand for Jury Trial as a result of **WRONGFUL DISCHARGE** as against Defendant as a result of **DISCRIMNINATION** in employment as a result of physical disability as well as for **HARASSMENT** in violation of public policy, specifically Maryland Code, pursuant to Maryland Code Ann., State Govt., § 20-601, *et seq.* and as grounds states as follows:

### I. INTRODUCTION

1. Plaintiff Joseph Feronti is a resident of the State of Maryland, whose current address is 3712 5th Avenue, Edgewater, Maryland 21037, and is further an "employee" for purposes of this Complaint and as further defined in Maryland Code Ann., State Govt., § 20-601(c)(1).

2. Defendant USIC is a company with offices previously located at 1520 Caton Center Drive, Suite R, Baltimore, Maryland 21227, who address for purposes of this Complaint is 9045 North River Road, Indianapolis, Indiana 46240, and is an "employer" as defined in Maryland Code Ann., State Govt., § 20-601(d)(1) with more than five hundred employees.

[1]

3. That a Complaint was brought before the Maryland Human Rights Commission on July 29, 2021, less than two years from the date of the harassment and wrongful discharge complained of in this matter, and this Complaint has been brought within three (3) years of the harassment based on disability and discrimination alleged to have occurred.

4. That the facts complained of herein occurred in Anne Arundel County, Maryland, and jurisdiction and venue are claimed in the Circuit Court for Anne Arundel County, Maryland.

## II.  FACTS

5. Mr. Feronti was employed at USIC from September 10, 2012 through July 30, 2019, and his final job title was as District Manager.

6. USIC is a company that provides a full suite of utility services throughout the United States and Canada, and delivers quality, efficient, safe, and innovative solutions to protect our partner's infrastructure and critical assets.

7. A search of SDAT reveals that USIC does not appear to be registered to do business in Maryland or have a resident agent in the State, though it undeniably does business in the State of Maryland.

8. On or about May 2, 2018, Mr. Feronti was involved in a traffic accident while on Maryland Route 2 in Arnold, Maryland, and received serious injuries that required back surgery.

9. On July 10, 2018, after suffering severe lower back pain, Mr. Feronti received surgery consisting of a Laminectomy from Dr. Roy Bands on his L4 and L5 disks.

10. Following surgery, Mr. Feronti returned to work after two weeks, but with a request for reasonable accommodations that he not sit for longer than a few hours, and that he be able to work from home for periods. The reason was that the surgery did not alleviate the pain

from the accident and sitting (including driving) or standing for extended periods was extremely painful for Mr. Feronti.

11. In fact, Mr. Feronti was quite able to perform the full scope of his title from home, which consisted mainly of telephone calls, check backs and updates with customers of USIC in his position as District Manager, and he would also visit job sites when required.

12. USIC initially accommodated Mr. Feronti's requests for reasonable accommodations until June, 2019, when his direct supervisor was changed from Mr. Rick Pagano to Chris Russ as a Director.

13. From June 1, 2019 up to and including July 30, 2019, Mr. Feronti's new supervisor ignored Mr. Feronti's request for reasonable accommodations, requiring him to sit at his desk for an entire workday, to attend after work "team" events, and to otherwise suffer excruciating pain with full knowledge of the torture this caused Mr. Feronti.

14. When Mr. Feronti objected to his supervisor Mr. Russ, he would be harassed by Mr. Russ regarding his physical limitations, and humiliated because of his physical disability, including claims that he was not a "team player," that if he did not physically attend these events and sit at his desk as required without reasonable accommodations he would be "terminated" from his employment.

15. This course of harassment and outrageous conduct lasted for more than two (2) months, until July 30, 2019 when Mr. Feronti was abruptly terminated from his position, where he was earning $97,000.00 per annum, notwithstanding he had performed his job well, and with excellent reviews, for years, and without any cause provided at all.

16. That these continual comments and demands were made with actual malice, to annoy and alarm Mr. Feronti, without legal purpose, and to force him to perform actions which

[3]

placed him in excruciating pain causing him humiliation, excruciating pain, and emotional distress.

17. That it is alleged, based upon the conduct of the Defendant in this matter, that Mr. Feronti was terminated as a direct and proximate result of his physical limitations, and after a course of harassment, in violation of the ADA as well as Maryland Code Ann., State Govt., § 20-606.

## II. CLAIMS

18. Plaintiff incorporates Paragraphs 1 through 17 as set forth above as if more fully and completely set forth herein.

## COUNT I
## WRONGFUL DISCHARGE

19. That there existed an employment relationship between Defendant USIC and Joseph Feronti.

20. That Mr. Feronti was terminated by his employer, USIC.

21. That the reason for the termination of Mr. Feronti was in violation of a clear mandate of public policy, namely that

(a) USIC is prohibited by Maryland Code Ann., State Gov't, § 20-606 from discharging Mr. Feronti because of Mr. Feronti's disability unrelated in nature and extent so as to reasonably preclude the performance of the employment, and did so in this case; and further

(b) USIC failed and/or refused to make a reasonable accommodation for the known disability of Mr. Feronti, an otherwise qualified employee; and

(c) USIC, through its agent Mr. Russ, engaged in harassment of Mr. Feronti as a direct result of his disability.

22. That the Defendant in engaging in discharging Mr. Feronti from his employment as an otherwise qualified employee, in refusing to make reasonable accommodations for the known disability of Mr. Feronti and for harassing Mr. Feronti as a result of his disability wrongfully discharged Mr. Feronti in violation of a clear mandate of public policy, and particularly Maryland Code Ann., State Gov't,, § 20-606, as set forth more fully *supra*.

**WHEREFORE**, Plaintiff Joseph Feronti demands **JUDGMENT** as against the Defendant USIC in an amount greater than Seventy-Five Thousand Dollars and Zero Cents as follows:

a. **COMPENSATORY DAMAGES** in the form of **BACK PAY** for 2 years of back wages, and **FRONT PAY** for an additional 3 years of employment;

b. Damages for **EMOTIONAL DISTRESS** caused by the actions of the Employer in an amount of at least $75,000.00, as well as

c. **PUNITIVE DAMAGES** in the amount of $300,000.00 as the Defendant employs more than five hundred employees nationally; and

d. Any other and additional relief this Honorable Court deems appropriate under the facts as herein alleged.

Respectfully submitted,

**BRENNAN McCARTHY & ASSOCIATES**
1116 West Street, Suite C
Annapolis, Maryland 21401
E-Mail: bmccarthy@brennanmccarthy.com
Tel: (443) 294-1083
Fax: (443) 200-6135


By: __/s/ Brennan C. McCarthy_____
Brennan C. McCarthy, Esquire
CPFI No.: 9912150187
*Counsel for Plaintiff*

[5]

**DATED:**     June 27, 2022

## DEMAND FOR JURY TRIAL

Plaintiff respectfully demands a Jury Trial on all issues raised herein.

By: /s/ Brennan C. McCarthy
Brennan C. McCarthy, Esquire
CPFI No.: 9912150187
*Counsel for Plaintiff*

## CERTIFICATION OF COMPLIANCE WITH MARYLAND RULE 20-201(f)(1)(B)

**I HEREBY CERTIFY** that the foregoing document complies with Maryland Rule § 20-201(f)(1)(B) that the document does not contain any restricted information, or, if it does contain restricted information, a redacted submission has been filed contemporaneously pursuant to Maryland Rule 20-201(f)(2).

By: /s/ Brennan C. McCarthy
Brennan C. McCarthy, Esquire
CPFI No.: 9912150187
*Counsel for Plaintiff*