IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

JOSEPH FERONTI, )
3712 5th Avenue, )
Edgewater, Maryland 21037, )
 )
      Plaintiff, )
 )
v. ) Case No..: _____
 )
USIC, )
Serve: Mike Ryan, President and CEO )
9045 North River Rd., Suite 300 )
Indianapolis, Indiana 46240, )
 )
      Defendant. )

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**COMES NOW** the Plaintiff, Joseph Feronti, and states the following Complaint and Demand for Jury Trial as a result of **WRONGFUL DISCHARGE** as against Defendant as a result of **DISCRIMNINATION** in employment as a result of physical disability as well as for **HARASSMENT** in violation of public policy, specifically Maryland Code, pursuant to Maryland Code Ann., State Govt., § 20-601, *et seq.* and as grounds states as follows:

**I. INTRODUCTION**

1. Plaintiff Joseph Feronti is a resident of the State of Maryland, whose current address is 3712 5th Avenue, Edgewater, Maryland 21037, and is further an "employee" for purposes of this Complaint and as further defined in Maryland Code Ann., State Govt., § 20-601(c)(1).

2. Defendant USIC is a company with offices previously located at 1520 Caton Center Drive, Suite R, Baltimore, Maryland 21227, who address for purposes of this Complaint is 9045 North River Road, Indianapolis, Indiana 46240, and is an "employer" as defined in Maryland Code Ann., State Govt., § 20-601(d)(1) with more than five hundred employees.

[1]

3. That a Complaint was brought before the Maryland Human Rights Commission on July 29, 2021, less than two years from the date of the harassment and wrongful discharge complained of in this matter, and this Complaint has been brought within three (3) years of the harassment based on disability and discrimination alleged to have occurred.

4. That the facts complained of herein occurred in Anne Arundel County, Maryland, and jurisdiction and venue are claimed in the Circuit Court for Anne Arundel County, Maryland.

## II.   FACTS

5. Mr. Feronti was employed at USIC from September 10, 2012 through July 30, 2019, and his final job title was as District Manager.

6. USIC is a company that provides a full suite of utility services throughout the United States and Canada, and delivers quality, efficient, safe, and innovative solutions to protect our partner's infrastructure and critical assets.

7. A search of SDAT reveals that USIC does not appear to be registered to do business in Maryland or have a resident agent in the State, though it undeniably does business in the State of Maryland.

8. On or about May 2, 2018, Mr. Feronti was involved in a traffic accident while on Maryland Route 2 in Arnold, Maryland, and received serious injuries that required back surgery.

9. On July 10, 2018, after suffering severe lower back pain, Mr. Feronti received surgery consisting of a Laminectomy from Dr. Roy Bands on his L4 and L5 disks.

10. Following surgery, Mr. Feronti returned to work after two weeks, but with a request for reasonable accommodations that he not sit for longer than a few hours, and that he be able to work from home for periods. The reason was that the surgery did not alleviate the pain

from the accident and sitting (including driving) or standing for extended periods was extremely painful for Mr. Feronti.

11. In fact, Mr. Feronti was quite able to perform the full scope of his title from home, which consisted mainly of telephone calls, check backs and updates with customers of USIC in his position as District Manager, and he would also visit job sites when required.

12. USIC initially accommodated Mr. Feronti's requests for reasonable accommodations until June, 2019, when his direct supervisor was changed from Mr. Rick Pagano to Chris Russ as a Director.

13. From June 1, 2019 up to and including July 30, 2019, Mr. Feronti's new supervisor ignored Mr. Feronti's request for reasonable accommodations, requiring him to sit at his desk for an entire workday, to attend after work "team" events, and to otherwise suffer excruciating pain with full knowledge of the torture this caused Mr. Feronti.

14. When Mr. Feronti objected to his supervisor Mr. Russ, he would be harassed by Mr. Russ regarding his physical limitations, and humiliated because of his physical disability, including claims that he was not a "team player," that if he did not physically attend these events and sit at his desk as required without reasonable accommodations he would be "terminated" from his employment.

15. This course of harassment and outrageous conduct lasted for more than two (2) months, until July 30, 2019 when Mr. Feronti was abruptly terminated from his position, where he was earning $97,000.00 per annum, notwithstanding he had performed his job well, and with excellent reviews, for years, and without any cause provided at all.

16. That these continual comments and demands were made with actual malice, to annoy and alarm Mr. Feronti, without legal purpose, and to force him to perform actions which

placed him in excruciating pain causing him humiliation, excruciating pain, and emotional distress.

17. That it is alleged, based upon the conduct of the Defendant in this matter, that Mr. Feronti was terminated as a direct and proximate result of his physical limitations, and after a course of harassment, in violation of the ADA as well as Maryland Code Ann., State Govt., § 20-606.

## II. CLAIMS

18. Plaintiff incorporates Paragraphs 1 through 17 as set forth above as if more fully and completely set forth herein.

## COUNT I
## WRONGFUL DISCHARGE

19. That there existed an employment relationship between Defendant USIC and Joseph Feronti.

20. That Mr. Feronti was terminated by his employer, USIC.

21. That the reason for the termination of Mr. Feronti was in violation of a clear mandate of public policy, namely that

 (a) USIC is prohibited by Maryland Code Ann., State Gov't, § 20-606 from discharging Mr. Feronti because of Mr. Feronti's disability unrelated in nature and extent so as to reasonably preclude the performance of the employment, and did so in this case; and further

 (b) USIC failed and/or refused to make a reasonable accommodation for the known disability of Mr. Feronti, an otherwise qualified employee; and

 (c) USIC, through its agent Mr. Russ, engaged in harassment of Mr. Feronti as a direct result of his disability.

22. That the Defendant in engaging in discharging Mr. Feronti from his employment as an otherwise qualified employee, in refusing to make reasonable accommodations for the known disability of Mr. Feronti and for harassing Mr. Feronti as a result of his disability wrongfully discharged Mr. Feronti in violation of a clear mandate of public policy, and particularly Maryland Code Ann., State Gov't,, § 20-606, as set forth more fully *supra*.

**WHEREFORE**, Plaintiff Joseph Feronti demands **JUDGMENT** as against the Defendant USIC in an amount greater than Seventy-Five Thousand Dollars and Zero Cents as follows:

a. **COMPENSATORY DAMAGES** in the form of **BACK PAY** for 2 years of back wages, and **FRONT PAY** for an additional 3 years of employment;

b. Damages for **EMOTIONAL DISTRESS** caused by the actions of the Employer in an amount of at least $75,000.00, as well as

c. **PUNITIVE DAMAGES** in the amount of $300,000.00 as the Defendant employs more than five hundred employees nationally; and

d. Any other and additional relief this Honorable Court deems appropriate under the facts as herein alleged.

Respectfully submitted,

**BRENNAN McCARTHY & ASSOCIATES**
1116 West Street, Suite C
Annapolis, Maryland 21401
E-Mail: bmccarthy@brennanmccarthy.com
Tel: (443) 294-1083
Fax: (443) 200-6135


By: /s/ Brennan C. McCarthy
Brennan C. McCarthy, Esquire
CPFI No.: 9912150187
*Counsel for Plaintiff*

[5]

**DATED:**     June 27, 2022

## DEMAND FOR JURY TRIAL

Plaintiff respectfully demands a Jury Trial on all issues raised herein.

By: /s/ Brennan C. McCarthy
Brennan C. McCarthy, Esquire
CPFI No.: 9912150187
*Counsel for Plaintiff*

## CERTIFICATION OF COMPLIANCE WITH MARYLAND RULE 20-201(f)(1)(B)

**I HEREBY CERTIFY** that the foregoing document complies with Maryland Rule § 20-201(f)(1)(B) that the document does not contain any restricted information, or, if it does contain restricted information, a redacted submission has been filed contemporaneously pursuant to Maryland Rule 20-201(f)(2).

By: /s/ Brennan C. McCarthy
Brennan C. McCarthy, Esquire
CPFI No.: 9912150187
*Counsel for Plaintiff*